**Jon M. Moyers, Wyo. State Bar #6-3661**
**MOYERS LAW P.C.**
**490 N. 31 St., Suite 101**
**Billings, Montana 59101**
**Telephone:  (406) 655-4900**
**Facsimile:  (406) 655-4905**
jon@jmoyerslaw.com

**Alfred F. Paoli, Jr.**
**Bogue Paoli & Thomas LLC**
**1401 17th St., Suite 320**
**Denver, Colorado  80202**
**Telephone:  (303) 382-1990**
**Facsimile:  (303) 382-1982**
fpaoli@bogue-paoli.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **AUSTIN W. DUROSE, BY AND THROUGH HIS NEXT FRIENDS AND NATURAL PARENTS, WILLIAM K. AND MINDY E. DUROSE, WILLIAM K. DUROSE, AND MINDY E. DUROSE,**<br><br>          **Plaintiffs,**<br><br>     vs.<br><br>**POWELL VALLEY HEALTHCARE, INC.; POWELL HOSPITAL DISTRICT NO. 1; POWELL VALLEY HOSPITAL; JEFFREY HANSEN, M.D., AND JOHN DOES 1 THROUGH 10**<br><br>          **Defendants.** | **13-CV-216-S** |

## JOINT DISCOVERY PLAN

Joint Discovery Plan
Page 1

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana  59101
406-655-4900
406-655-4905 fax

COME NOW Plaintiffs and Defendants, by and through their undersigned attorneys of record, and herewith submit the following proposed discovery plan, pursuant to Federal Rule of Civil Procedure 26(f)(3):

1. On December 9, 2013, counsel for the parties conducted their Rule 26(f) conference to discuss in good faith the pretrial phase of this case, considering the timing of Rule 26(a)(1) initial disclosures, discovery on the claims and defenses in the case, the possibilities for prompt settlement of the case, the existence of liability insurance and production of the insurance agreement, the subjects to be covered in discovery, the production of electronically stored information, and any claimed privilege regarding documents.

2. The parties represent that they do not know of any unique issues related to discovery in this medical negligence action. The parties do not anticipate any issues relating to disclosure or discovery of electronically-stored information in this case at this time.

3. There is no need to conduct discovery in phases or to otherwise limit discovery.

4. The parties propose the following pretrial schedule for the court's consideration:

| | |
|---|---|
| Initial Disclosures | If not already accomplished, the parties shall disclose their Fed. R. Civ. P. 26(a)(1) material no later than **January 13, 2014** |
| Depositions, Interrogatories, Requests for Admission/Production | No more than ten depositions up to seven hours long may be taken by any party; no more than 25 interrogatories, including discrete subparts, may be served on any party; and, no more than 30 requests for production shall be served on any party. Relief to these limitations shall be by motion to this court absent written agreement by the parties |
| Motions to Amend Pleadings or Add Parties | **March 3, 2014** |

Joint Discovery Plan
Page 2

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana 59101
406-655-4900
406-655-4905 fax

| | |
|---|---|
| Mediation | The parties should complete mediation as early as possible to avoid the unnecessary expenditure of judicial resources, to occur no later than **June 2, 2014** |
| Plaintiffs' Expert Witness Identification | Plaintiffs should identify experts and serve Rule 26(a)(2) reports no later than **April 28, 2014** |
| Defendants' Expert Identification | Defendants should identify rebuttal experts and serve Rule 26(a)(2) reports no later than **June 2, 2014** |
| Rebuttal | Plaintiffs shall identify rebuttal experts by **June 17, 2014** |
| Witness and Exhibit Lists | The parties shall file and serve witness and exhibit lists by **July 1, 2014** |
| Discovery Cut Off | All discovery, including depositions and written discovery, shall be completed by **July 31, 2014** |
| Dispositive Motions | Pretrial motions shall be made no later than **July 31, 2014** |

5. There are no issues regarding service of process, jurisdiction or venue.

6. No specific motions are anticipated at this time.

7. Discovery can be completed pursuant to the schedule outlined above.

DATED this 6th day of January, 2014.

            MOYERS LAW P.C.

          By:_____/s/ Jon M. Moyers_____
             Wyo. State Bar #6-3661

            Attorney for Plaintiffs

Joint Discovery Plan
Page 3

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana 59101
406-655-4900
406-655-4905 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Jon M. Moyers | jon@jmoyerslaw.com, sherri@jmoyerslaw.com |
| Alfred F Paoli | fpaoli@bogue-paoli.com, karola@bogue-paoli.com, sbolin@bogue-paoli.com |
| Timothy M. Stubson | tstubson@crowleyfleck.com, mlowndes@crowleyfleck.com |
| Mackenzie Williams | mackenzie.williams@wyo.gov |

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*No manual recipients.*

By:____/s/ Jon M. Moyers _____

Jon M. Moyers
Wyo. State Bar #6-3661

Joint Discovery Plan
Page 4

MOYERS LAW P.C.
490 N. 31st St., Suite 101
Billings, Montana  59101
406-655-4900
406-655-4905 fax