Scott E. Ortiz, Wyo. State Bar # 5-2550
Brian J. Marvel, Wyo. State Bar # 7-4708
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602
Telephone: (307) 265-0700
Fax: (307) 266-2306
sortiz@wpdn.net
bmarvel@wpdn.net

ATTORNEYS FOR DEFENDANTS
POWELL VALLEY HEALTHCARE, INC.,
POWELL HOSPITAL DISTRICT NO. 1,
AND POWELL VALLEY HOSPITAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| A. W. D., by and through his Next Friends and Natural Parents, William K. and Mindy E. DuRose, WILLIAM K. DUROSE, and MINDY E. DUROSE, <br><br> Plaintiffs, <br><br> vs. <br><br> POWELL VALLEY HEALTHCARE, INC., POWELL HOSPITAL DISTRICT NO. 1, POWELL VALLEY HOSPITAL, JEFFERY HANSEN, M.D., AND JOHN DOES 1 THROUGH 10 <br><br> Defendants. | Case No.: 13-CV-216-S |

**POWELL VALLEY HEALTHCARE, INC., POWELL HOSPITAL DISTRICT NO. 1, AND POWELL VALLEY HOSPITAL'S DESIGNATION OF EXPERT WITNESSES**

**COME NOW** Defendants, Powell Valley Healthcare, Inc., Powell Hospital District No. 1, and Powell Valley Hospital (hereinafter referred to collectively as "Defendants") by and through its undersigned counsel of Williams, Porter, Day & Neville, P.C. and pursuant to Rule 26(a)(2) of

the Federal Rules of Civil Procedure hereby designate the following expert witnesses who may be called to testify at the trial of this matter. The Testimony of any expert designated herein may be offered live or by trial deposition.

### RULE 26(a)(2)(B) RETAINED EXPERTS

1.  John M. Janzen, Ed.D., CRC
    7761 West Riverside Drive, Suite 120
    Boise, ID 83714
    Telephone: (208) 344-4285

A copy of Mr. Janzen's Curriculum Vitae is attached hereto as **Exhibit "A"** and incorporated herein as though fully set forth as a part of his designation. Mr. Janzen's Expert Report dated November 14, 2014, is attached hereto as **Exhibit "B"** and incorporated herein as though fully set forth as part of his designation. Mr. Janzen's fee schedule is attached hereto as **Exhibit "C"** and incorporated herein as though fully set forth as part of his designation. A listing of those cases in which Mr. Janzen has testified at trial or by deposition within the preceding four (4) years is attached hereto as **Exhibit "D"** and incorporated herein as though fully set forth as part of his designation. A list of Mr. Janzen's publications authored in the previous ten (10) years are set forth in his Curriculum Vitae and identified on page four (4) of his Curriculum Vitae. Mr. Janzen may testify concerning his education, background, training, and experience, and other matters addressed in his Curriculum Vitae.

The documents and information reviewed and considered by Mr. Janzen informing his opinions are set forth in his expert report and identified on page one (1) of his expert report dated November 14, 2014.

Mr. Janzen may also testify to all those matters addressed in his deposition if taken.  Mr. Janzen may testify to any matter raised by any other expert listed by any party in such expert's designation or testimony.

Mr. Janzen's report <u>will be supplemented</u> upon completion of the remaining Independent Medical Evaluations, Functional Capacity Evaluation, and upon receipt of additional medical records which have recently been produced or which will be produced.

2.   Anne Troike Stratton, M.D.
     9064 E. 29th Place
     Denver, CO 80238
     Telephone:   (720) 777-0948

A copy of Dr. Stratton's Curriculum Vitae is attached hereto as **Exhibit "E"** and incorporated herein as though fully set forth as a part of her designation. Dr. Stratton's Independent Medical Evaluation Report dated January 19, 2015, is attached hereto as **Exhibit "F"** and incorporated herein as though fully set forth as part of her designation. Dr. Stratton's fee schedule is attached hereto as **Exhibit "G"** and incorporated herein as though fully set forth as part of her designation. A listing of those cases in which Dr. Stratton has testified at trial or by deposition within the preceding four (4) years is attached hereto as **Exhibit "H"** and incorporated herein as though fully set forth as part of her designation. A list of Dr. Stratton's publications authored in the previous ten (10) years are identified on page one (1) and page two (2) of her Curriculum Vitae and incorporated herein as though fully set forth as part of her designation. Dr. Stratton may testify concerning her education, background, training, and experience, and other matters addressed in her Curriculum Vitae. Dr. Stratton may testify concerning her Independent Medical Evaluation of Plaintiff, A.D.

The documents and information reviewed and considered by Dr. Stratton informing the opinions set forth in her expert report dated January 19, 2015 are as follows: (1) Plaintiffs' Witness Disclosure; (2) Plaintiffs' First Supplemental Expert Witness Disclosure; (3) Complaint; (4) Defendants' Answer; (5) Medical Records - Bates No. MRP 13-21 OM 000594-000599; Bates No. MRP 13-21 Quenemoen 000568-000574; Bates No. MRP 13-21 SH 000600-000610; Bates

3

No. MRP 13-21 SVPN Heart 000575-00593; (6) Powell Valley Hospital Medical Records; (7) St. Vincent Medical Records; (8) Cody Clinic Medical Records; (9) Yellow Stone Imaging Medical Records; (10) West Park Hospital Medical Records; (11) Ortho Montana Medical Records; (12) Barrett Hospital Medical Records; (13) Dillon Middle School Records; (14) Dr. Micken Clinical Records; (15) Dr. Potter/Dr. Madany Medical Records/Radiology Report; (16) Dr. Hassler Medical/Clinical Records; (17) Plaintiffs' Amended Answers to Defendant Hansen's First Interrogatories; (18) Plaintiffs' Amended Responses to Defendant Hansen's First Requests for Production; (19) Plaintiffs' First Supplemental Answers to Defendant Hansen's First Interrogatories; (20) Deposition of A.D.; (21) Deposition of Dr. Hansen; (22) Deposition of Dr. Reib; (23) Deposition of Mindy DuRose; and (24) Deposition of William DuRose.

Dr. Stratton may also testify to all those matters addressed in her deposition if taken. Dr. Stratton may testify to any matter raised by any other expert listed by any party in such expert's designation or testimony.

Dr. Stratton's report <u>may be supplemented</u> upon completion of the remaining Independent Medical Evaluations, Functional Capacity Evaluation, and upon receipt of additional medical records which have recently been produced or which will be produced.

## RULE 26(a)(2)(B) NON-RETAINED EXPERTS

Defendants hereby designate healthcare providers, including but not limited to, mental health counselors, providers, psychiatrist, physicians, and surgeons, who have treated or provided health care services to Plaintiff, A.D., prior to the filing of the above captioned matter and through the dates of trial. These health care providers are expected to testify concerning their education, background, training, and experience. These health care providers are expected to testify concerning Plaintiff's medical diagnosis, medical prognosis, illnesses, symptomology, care and

treatment, and recovery pertaining to his previous, current, and future medical conditions. These health care providers are expected to testify concerning their medical records which have been produced during the course of discovery. The facts and opinions of the healthcare providers are contained in their medical records which have been produced during the course of discovery. Defendants reserve the right to supplement this designation as further information becomes available.

### OTHER PARTIES' EXPERTS

Defendants reserve the right to call as a witness at trial the experts listed by all other Parties.   DEFENDANTS HEREBY SPECIFICALLY INCORPORATE AND JOINTLY DESIGNATE ALL EXPERTS DESIGNATED BY DEFENDANT JEFFERY HANSEN, M.D.

### REBUTTAL EXPERTS

Defendants reserve the right to call any expert necessary for rebuttal purposes.

### SUPPLEMENTATION

Defendants reserve the right to supplement this designation as further information becomes available.

**DATED** this 30th day of January, 2015.

POWELL VALLEY HEALTHCARE, INC., POWELL HOSPITAL DISTRICT NO. 1, POWELL VALLEY HOSPITAL.

/s/ Brian J. Marvel_____
Scott E. Ortiz, Wyo. State Bar #5-2550
Brian J. Marvel, Wyo. State Bar #7-4708
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Suite 400
P. O. Box 10700
Casper, WY 82602-3902
Telephone:     (307) 265-0700
Facsimile:      (307) 266-2306

Email: sortiz@wpdn.net
bmarvel@wpdn.net

ATTORNEYS FOR THE DEFENDANTS

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was delivered to the Court via the CM/ECF System and served upon counsel via electronic transmission this 30th day of January, 2015.

Jon M. Moyers
MOYERS LAW P.C.
490 N. 31 St., Suite 101
Billings, Montana 59101
jon@jmoyerslaw.com

Alfred F. Paoli, Jr.
BOGUE PAOLI & THOMAS LLC
1401 17th Street
Suite 320
Denver, CO 80202
fpaoli@bogue-paoli.com

Timothy M. Stubson
CROWLEY FLECK, PLLP
152 North Durbin, Suite 220
Casper, WY 82601
tstubson@crowleyfleck.com

Mackenzie Williams
WYOMING ATTORNEY GENERAL'S OFFICE
2424 Pioneer Avenue, 2nd Floor
Cheyenne, WY 82002
mackenzie.williams@wyo.gov

Jeffery J. Oven
Christopher C. Voigt
CROWLEY FLECK, PLLP
500 Transwestern Plaza II
490 North 31st Street
P. O. Box 2529
Billings, MT  59103-2529
joven@crowleyfleck.com
cvoigt@crowleyfleck.com

                                            /s/ Brian J. Marvel
                                            Brian J. Marvel