**SHANNON & FLEMING, P.C.**
**LAW OFFICES**
*3120 North 19th Avenue, Suite 140*
*Phoenix, AZ 85015*

Lawrence J. Fleming (1932-2013)
Mathew E. Shannon†
..................
L. Timothy Fleming
Thomas W. McLellan*
Magdalena Jorquez*
*Of Counsel; †Retired
24384GN - 1327520

RECEIVED
JAN 16 2018
CLERK, U.S.D.C.
CHEYENNE, WYOMING

Telephone
(602) 277-6627

Facsimile
(602) 277-6427
ms@shannonandfleming.com

December 16, 2017

U.S. District Court
District of Wyoming at Cheyenne
Attn: Clerk of the Court
2120 Capitol Avenue, RM 2131
Cheyenne, WY 82001-3658

(307) 433-2120

Re: 13-CV-216-S; A. DUROSE; Structured Settlement Transfer Procedure

Dear Clerk of the Court:

    This firm represents DORM-DEN, LLC in a structured settlement transfer matter that is now pending in the superior court of Arizona. It is our understanding that the original settlement arose in the context of a case from your court involving an individual named A. DUROSE on June 3, 2015. The reference I have been given for your case is number 13-CV-216-S.

    The insurance companies involved in the original structured settlements frequently require that we provide a copy of our transfer petition and hearing notice to you as being the court of origin. Enclosed with the original of this letter transmitted to you by FedEx, please find copies of same. Thank you.

Sincerely,

L. Timothy Fleming
For the Firm

Enclosures: